# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:19-CR-0456-S |
| | § | |
| HENRY NGUYEN (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 56] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Henry Nguyen's term of supervised release. *See* Order [ECF No. 63]. The Court has received the Report & Recommendation of the United States Magistrate Judge ("Report & Recommendation") [ECF No. 70] pursuant to its order. *See* R & R. Defendant waived his right to object to the Recommendation. *Id.* The Court is of the opinion that the Report & Recommendation is correct.

It is **ORDERED** that the Report & Recommendation of the United States Magistrate Judge is **ADOPTED** as the Opinion and Findings of the Court. It is further **ORDERED** that the Defendant shall continue on the terms of supervised release and attend inpatient treatment at Homeward Bound. Defendant must provide requested travel-related information/documentation as requested by the probation officer.

**SO ORDERED.**

SIGNED October 8, 2025.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**