# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:19-CR-0456-S |
| | § | |
| HENRY NGUYEN (01) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 73] and the First Amended Petition for Person Under Supervision [ECF No. 84] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Henry Nguyen's term of supervision. *See* Order [ECF No. 80]. The Court has received the Report and Recommendation ("Recommendation") of the United States Magistrate Judge pursuant to its Order. *See* ECF No. 88. Defendant waived his right to object to the Recommendation. *See id.* The Court is of the opinion that the Recommendation is correct.

It is, therefore, **ORDERED** that the Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant be remanded to the custody of the Federal Bureau of Prisons for a period of **six months** with **no additional** term of supervised release to follow.

**SO ORDERED.**

SIGNED May 29, 2026.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**